UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-20562-CIV-GAYLES/TORRES

JANE DOE (C.C.),

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, JANE DOE (C.C.), by and through undersigned counsel, hereby notifies this Honorable Court that all pending claims between Plaintiff and Defendant have been settled. The parties respectfully request forty-five (45) days to finalize settlement documents and file their Joint Stipulation for Dismissal with the Court.

    Respectfully submitted,

    LIPCON, MARGULIES
    & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    One Biscayne Tower, Suite 1776
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

By: */s/ Jacqueline Garcell*
    **MICHAEL A. WINKLEMAN**
    Florida Bar No. 36719
    mwinkleman@lipcon.com
    **JACQUELINE GARCELL**
    Florida Bar No. 104358
    jgarcell@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Jacqueline Garcell*
    **JACQUELINE GARCELL**

## SERVICE LIST
*Doe (C.C.) v. Carnival Corp.*
**Case No. 21-20562-CIV-GAYLES/TORRES**

| | |
|---|---|
| **Michael A. Winkleman, Esq.** | **William R. Seitz, Esq.** |
| mwinkleman@lipcon.com | wseitz@maselaw.com |
| **Jacqueline Garcell, Esq.** | **Lauren Cabeza, Esq.** |
| jgarcell@lipcon.com | lcabeza@maselaw.com |
| LIPCON, MARGULIES | MASE MEBANE SEITZ, P.A. |
| & WINKLEMAN, P.A. | 2601 S. Bayshore Drive, Suite 800 |
| One Biscayne Tower, Suite 1776 | Miami, Florida 33133 |
| 2 South Biscayne Boulevard | Telephone: (305) 377-3770 |
| Miami, Florida 33131 | Facsimile: (305) 377-0080 |
| Telephone No.: (305) 373-3016 | *Attorneys for Defendant* |
| Facsimile No.: (305) 373-6204 | |
| *Attorneys for Plaintiff* | |