UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-20562-CIV-GAYLES/TORRES

JANE DOE (C.C.),

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, JANE DOE (C.C.), and Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, hereby notify this Honorable Court that the parties agree and stipulate to the entry of an Order of Dismissal of this action, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Jacqueline Garcell* | */s/ William R. Seitz* |
| **MICHAEL A. WINKLEMAN** (FBN 36719) | **WILLIAM R. SEITZ** (FBN 73928) |
| mwinkleman@lipcon.com | wseitz@maselaw.com |
| **JACQUELINE GARCELL** (FBN 104358) | **LAUREN CABEZA** |
| jgarcell@lipcon.com | lcabeza@maselaw.com |
| LIPCON, MARGULIES | MASE MEBANE SEITZ, P.A. |
| & WINKLEMAN, P.A. | 2601 S. Bayshore Drive, Suite 800 |
| 2 S. Biscayne Boulevard, Suite 1776 | Miami, Florida 33133 |
| Miami, Florida 33131 | Telephone: (305) 377-3770 |
| Telephone No.: (305) 373-3016 | Facsimile: (305) 377-0080 |
| Facsimile No.: (305) 373-6204 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Jacqueline Garcell*
**JACQUELINE GARCELL**

## SERVICE LIST
*Doe (C.C.) v. Carnival Corp.*
**Case No. 21-20562-CIV-GAYLES/TORRES**

| | |
|---|---|
| **Michael A. Winkleman, Esq.** | **William R. Seitz, Esq.** |
| mwinkleman@lipcon.com | wseitz@maselaw.com |
| **Jacqueline Garcell, Esq.** | **Lauren Cabeza, Esq.** |
| jgarcell@lipcon.com | lcabeza@maselaw.com |
| LIPCON, MARGULIES | MASE MEBANE SEITZ, P.A. |
| & WINKLEMAN, P.A. | 2601 S. Bayshore Drive, Suite 800 |
| One Biscayne Tower, Suite 1776 | Miami, Florida 33133 |
| 2 South Biscayne Boulevard | Telephone: (305) 377-3770 |
| Miami, Florida 33131 | Facsimile: (305) 377-0080 |
| Telephone No.: (305) 373-3016 | *Attorneys for Defendant* |
| Facsimile No.: (305) 373-6204 | |
| *Attorneys for Plaintiff* | |